Andrew C. Lauersdorf, OSB #980739
E-mail: acl@mlrlegalteam.com
CJ Martin, OSB #106141
E-Mail: cjm@mlrlegalteam.com
MALONEY LAUERSDORF REINER, PC
1111 E. Burnside Street, Ste. 300
Portland, OR 97214
Telephone: (503) 972-8159
Facsimile: (503) 245-1417

Attorneys for Defendant American
Federation Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PACKAGING BROTHERS LLC, an Oregon Limited Liability Company,<br><br>            Plaintiff,<br><br>      v.<br><br>AMERICAN FEDERATION INSURANCE COMPANY, a Texas insurance corporation,<br><br>            Defendant. | Civil No. 3:23-cv-00061<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(A)**<br><br>[Removed from Multnomah County Circuit Court Case No. 22CV42401] |

TO:      The Clerk of the Court, United States District Court for the District of Oregon

AND TO:   Plaintiff above named, and your attorneys of record.

Pursuant to 28 USC §1441 and 1446, Defendant American Federation Insurance Company ("AmFed") removes this action from the Multnomah County Circuit Court for the State of Oregon, to the United States District Court for the District of Oregon, Portland division.

1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

NOTICE OF REMOVAL
Page 1

1. On or about December 21, 2022, AmFed was served with a copy of the Summons and Complaint that had been filed in the Multnomah County Circuit Court for the State of Oregon, Case No. 22CV42401. A copy of the Summons and Complaint is attached as Exhibit 1 and 2, respectively, and constitutes all process, pleadings, and orders served on AmFed in that action up to the present date.

2. Pursuant to 28 USC § 1441(a), a party may remove an action filed in the state court to the United States District Court if the district court has original jurisdiction over the action. This action is one over which the court has original jurisdiction under 28 USC § 1332(a)(1) because:

    (a) The amount in controversy exceeds $75,000; and

    (b) Plaintiff and Defendant are citizens of different states and Defendant is not a citizen of the state in which the action was brought.

Defendant American Federation Insurance Company is organized and incorporated under the laws of the state of Texas with its principal place of business in California. Plaintiff PB LLC is a Limited Liability Company organized under the laws of the State of Oregon, with its principal place of business in Oregon. Therefore, there is complete diversity in citizenship between the parties.

3. The alleged amount in controversy in this action exceeds $75,000, in that Plaintiff seeks $1,140,650 in damages.

4. Removal is timely in that fewer than 30 days have elapsed since a copy of the Summons and Complaint was first provided to AFIC per 28 USC § 1446(b).

5. This notice is filed pursuant to Fed.R.Civ.P. 11.

MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

NOTICE OF REMOVAL
Page 2

WHEREFORE, Defendant American Federation Insurance Company removes this action from the Multnomah County Circuit Court for the State of Oregon to the United States District Court for the District of Oregon, Portland division.

DATED: January 13, 2023

                                    MALONEY LAUERSDORF REINER, PC

                                    By: /s/ Andrew C. Lauersdorf
                                        Andrew C. Lauersdorf, OSB #980739
                                        E-Mail: acl@mlrlegalteam.com
                                        CJ Martin, OSB #106141
                                        E-Mail: cjm@mlrlegalteam.com

                                    Attorneys for Defendant American Federation Insurance Company

MALONEY | LAUERSDORF | REINER PC
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

NOTICE OF REMOVAL
Page 3

# CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023, the foregoing NOTICE OF REMOVAL was served on the following parties at the following address by sending to them a true copy thereof via the method indicated below:

Michael E. Farnell
Carly D. Taylor
Parsons Farnell & Grein, LLP
1030 SW Morrison St.
Portland, OR 97205
mfarnell@pfglaw.com
ctaylor@pfglaw.com
    *Attorneys for Plaintiff*

☒ by electronic means through the Court's ECF System on the date set forth above.

☐ by mailing a full, true and correct copy thereof in a sealed, first-class postage paid envelope, addressed to the attorneys as shown above, and deposited with the United States Postal Office at Portland, Oregon on the date set forth above.

☐ by emailing to each of the foregoing a copy thereof to the email address above.

MALONEY LAUERSDORF REINER, PC

By: /s/ Andrew C. Lauersdorf
    Andrew C. Lauersdorf, OSB #980739
    E-Mail: acl@mlrlegalteam.com
    CJ Martin, OSB #106141
    E-Mail: cjm@mlrlegalteam.com

Attorneys for Defendant American Federation Insurance Company

MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

CERTIFICATE OF SERVICE
Page 1